◼ HAROLD THOMPSON et al., Respondents, v MID-WESTCHESTER CONSTRUCTION GROUP, INC., Appellant and Third-Party

Plaintiff-Appellant, and ANDREW CAMPOS, Respondent. AN-
DREW CAMPOS et al., Third-Party Defendants-Respondents. [736
NYS2d 225] —Order, Supreme Court, Bronx County (Michael
DeMarco, J.), entered on or about September 17, 2000, which
granted plaintiffs' motion for summary judgment as against
defendant Mid-Westchester Construction Group, denied Mid-
Westchester's cross motion for summary judgment on the third-
party complaint, and granted the cross motion of defendant
and third-party defendant Campos for summary judgment
dismissing the complaint and third-party complaint insofar as
asserted against him, unanimously modified, on the law, to
deny plaintiffs' motion for summary judgment, and upon a
search of the record, to deny the cross motion of third-party de-
fendant Campos for summary judgment, and otherwise af-
firmed, without costs.

The Supreme Court erred in granting summary judgment in
favor of plaintiffs and Campos as material issues of fact exist,
inter alia, regarding the proximate cause of plaintiff Harold
Thompson's injury (see, CPLR 3212) and whether, Campos, as
contract vendee, acted as an agent of the general contractor
and owner Mid-Westchester (see, *Mordkofsky v V.C.V. Dev.
Corp.*, 76 NY2d 573, 576-577). Concur—Tom, J.P., Rosenberger,
Rubin, Buckley and Marlow, JJ.